

# NUMBER 13-22-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSE RAMIREZ,                                                                           Appellant,

v.

ANA BERTHA RAMIREZ,                                                                 Appellee.

### On appeal from the 231st District Court
### of Tarrant County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's amended motion to dismiss the appeal.[1] Appellant requests the dismissal, as he no longer desires to pursue this appeal.

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered the amended motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Additionally, appellant's motion for extension of time to file brief is denied as moot.

Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
23rd day of June, 2022.